| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 03-cr-00377-LTB-01 | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: BROOK BERNSTON 3666 Morning Star Road Sun Valley, Idaho 83353 | DISTRICT District of Colorado | DIVISION | |
| | NAME OF SENTENCING JUDGE Lewis T. Babcock | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 10/18/04 | TO 10/17/07 |

OFFENSE
Possession of a Firearm by a Previously Convicted Felon

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Colorado

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF IDAHO upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/8/06_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

_8/31/2006_